PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
**ANGULO LAW GROUP, LLC**
5545 Mountain Vista St., 2nd Floor
Las Vegas, Nevada 89120
*T:* 702.384.8000 / *F:* 702.384.8200
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**********

MELANIE JEFFERSON, individually,

Plaintiff,

vs.

GLEIBERMAN PROPERTIES, INC.; GLEIBERMAN INVESTMENTS, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive,

Defendant(s).

Case No.: 2:24-cv-02346-GMN-EJY

**[PROPOSED] STIPULATION AND ORDER re: BRIEFING SCHEDULE**

COME NOW Plaintiff MELANIE JEFFERSON, by and through her counsel of record with ANGULO LAW GROUP, LLC and Defendants GLEIBERMAN PROPERTIES, INC. and GLEIBERMAN INVESTMENTS, INC. by and through their counsel of record with THORNDAL ARMSTRONG, PC, and hereby STIPULATE as follows:

(1) Plaintiff filed a Motion to Enforce Settlement Agreement on August 25, 2026.[1]

(2) Defendants timely filed a Response thereto on September 8, 2026.[2]

(3) this Honorable Court has not set a date for hearing of the dispute.

(4) By function of LR 7-2(b), Plaintiff would possess until September 15, 2026 to timely file a Reply to the defense Response.

[1] ECF No. 25.

[2] ECF No. 26

(5) Notwithstanding, the parties have agreed to permit Plaintiff until September 22, 2026 to file a Reply to the defense Response.

(6) The parties jointly affirm this proposed enlargement of the briefing schedule is reached and made in good faith, and not for any improper purpose.

DATED this 15th day of September, 2026.

*/s/ Joseph R. Smith*
PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
ANGULO LAW GROUP, LLC
5545 S. Mountain Vista St., 2nd Floor
Las Vegas, Nevada 89120
*Attorneys for Plaintiff*

DATED this 15th day of September, 2026.

*/s/ Gregory M. Schulman*
GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101-5315
*Attorney for Defendants*

**ORDER**

Pursuant to the Stipulation of the parties, Plaintiff shall possess until September 22, 2026 to file a timely Reply to Defendants' Response to Plaintiff's Motion to Enforce Settlement Agreement. IT IS SO ORDERED.

DATED this 15th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE