GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendants
GLEIBERMAN PROPERTIES, INC. and
GLEIBERMAN INVESTMENTS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE JEFFERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GLEIBERMAN PROPERTIES, INC.; GLEIBERMAN INVESTMENTS, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02346-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, MELANIE JEFFERSON, by and through her counsel of record Angulo Law Group, and Defendants GLEIBERMAN PROPERTIES, INC.; GLEIBERMAN INVESTMENTS, INC., by and through their counsel of record, Thorndal Armstrong, hereby submit the following Stipulation:

1. Plaintiff hereby withdraws her pending Motion to Enforce Settlement, as the issues contained in the motion are now moot; and

///

///

///

///

///

2. The parties hereby stipulate to dismiss the entire action with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: 9/18/26<br><br>By: <u>*/s/ Joeseph Smith*</u><br>JOSEPH R. SMITH, ESQ.<br>Nevada Bar No. 13961<br>ANGULO LAW GROUP, LLC<br>5545 Mountain Vista St., 2nd Floor<br>Las Vegas, Nevada 89120<br>(702) 384-8000<br><br>Attorneys for Plaintiff | Dated: 9/18/26<br><br>By: <u>*/s/ Gregory M. Schulman*</u><br>GREGORY M. SCHULMAN, ESQ.<br>NV Bar No. 5766<br>THORNDAL ARMSTRONG, PC<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, NV 89101<br>(702) 366-0622<br><br>Attorneys for Defendants |

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own attorney's costs and fees.

**IT IS FURTHER ORERED** that Plaintiff's Motion to Enforce Settlement Agreement, (ECF No. 25), is **DENIED as moot.**

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 18 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT